

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00234-CV

Juan **SILVA** and Winter Garden Homes,
Appellants

v.

Juan **SAUCEDO** and Dora Saucedo,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2017-09-31838-CV
Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the default judgment is AFFIRMED as to liability and REVERSED and REMANDED for a new trial on the issue of unliquidated damages. Costs of appeal are assessed against the party who incurred them.

SIGNED December 19, 2018.

_____
Irene Rios, Justice